# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

**CRIMINAL ACTION NO. 12-23-DLB-CJS**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**vs.**            <u>**ORDER ADOPTING REPORT & RECOMMENDATION**</u>

**BRADLEY WILSON**                                                 **DEFENDANT**

                                           \*\*\*   \*\*\*   \*\*\*   \*\*\*

      This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. # 69), wherein she recommends that Defendant's supervised release be revoked and that the Court impose a sentence of five (5) months, with thirty-one (31) months of supervised release to follow with the same conditions of supervision reimposed and with Defendant to participate in any available drug treatment programs provided to him by the Bureau of Prisons and as directed by the U.S. Probation Office. By agreement between the parties, the Magistrate Judge also recommends that Defendant be permitted to seek early termination of his supervised release after twelve (12) months if he is without violations of his conditions and has made full payment of $910 restitution owed at that time.

      During the final revocation hearing conducted by Magistrate Judge Candace Smith on October 28, 2013, Defendant admitting to violating the terms of his supervised release as set forth in the October 17, 2013 violation report of U.S. Probation Officer Leanne Vonderhaar. In exchange, the government agreed to recommend the sentence and terms

1

of supervision now recommended by the Magistrate Judge.

Defendant having waived his right to allocution (Doc. # 68), and the parties having waived their opportunity to object to the Magistrate Judge's Report and Recommendation (*See* Doc. # 5), this matter is ripe for review. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 69) is hereby **ADOPTED** as the findings of fact and conclusion of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release as set forth in the October 17, 2013 Supervised Release Violation Report;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the custody of the Attorney General for a term of **FIVE (5) MONTHS** imprisonment, credit to be given for time served since his detention on the charged violation, with thirty-one (31) months of supervised release to follow with the same conditions of supervision reimposed and with Defendant to participate in any available drug treatment programs provided to him the by the Bureau of Prisons and as directed by the U.S. Probation Office. After twelve (12) months of supervised release, if Defendant is without any violation of his conditions and has made full payment of the $910 restitution owed, Defendant may seek early termination of his supervised release via petition to the Court by the U.S. Probation Office; and

(5) Defendant is hereby ordered to make **RESTITUTION** as previously imposed by this Court at Defendant's sentencing, the balance for which presently remains at $910.

This 13th day of November, 2013.



G:\DATA\ORDERS\Covington Criminal\2012\12-23 Order adopting R&R.wpd